[No. 35450–7–I.     Division One.     May 20, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DENNIS CALEGAR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94–1–02984–0, Faith Enyeart Ireland, J., entered September 26, 1994. *Remanded* by unpublished per curiam opinion.

[No. 35555–4–I.     Division One.     May 20, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN JEFFERSON MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94–1–01150–9, George A. Finkle, J., entered October 17, 1994. *Affirmed* by unpublished opinion per Cox, J., concurred in by Kennedy, A.C.J., and Grosse, J.

[No. 35608–9–I.     Division One.     May 20, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. EDWARD STREICHER ROTHROCK, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94–1–01194–9, Kathryn E. Trumball, J., entered November 8, 1994. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Cox, JJ.

[No. 35653–4–I.     Division One.     May 20, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. NICKY TYLER ASBY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94–1–02973–4, Arthur E. Piehler, J., entered October 31, 1994. *Affirmed* by unpublished per curiam opinion.